**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CATHERINE MOORE,<br><br>PLAINTIFF,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA and D. ALAN RUEHLMAN in his official capacity,<br><br>DEFENDANTS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.: 1:25-cv-06562-SDG-RDC

JURY TRIAL DEMANDED

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, the Certificate of Service to Plaintiff's First Set of Interrogatories to Defendants was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record, and the full document was served on them electronically:

William P. Miles, Jr.
wmiles@gdcrlaw.com

*s/ Jackie Lee*
Jackie Lee
Georgia Bar No. 419196